UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIO B. LONG, SR., | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:25-cv-281-SEP |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of pro se Movant Mario B. Long, Sr's, "Motion to Reinstate 18 U.S.C. § 2255." Doc. [1]. Long is currently incarcerated in federal custody after being sentenced by this Court on January 30, 2024, to 120 months for one charge of being a felon in possession of a firearm. U.S.C. §§ 922(g)(1) and 924(a)(2); *see United States v. Long*, No. 4:20-CR-486 RLW (E.D. Mo.). Movant's conviction was upheld on appeal by the Eighth Circuit Court of Appeals on February 11, 2025. *United States v. Long*, No. 24-1267 (8th Cir.).

Movant initiated this action by filing a pro se "Motion to Reinstate 18 U.S.C. § 2255." As such, Movant's filing is construed as seeking relief under 28 U.S.C. § 2255. However, the motion is defective as a motion to vacate, set aside or correct sentence under § 2255 because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court is directed to send Movant the Court form for § 2255 motions, and Movant will have 30 days to file an amended motion on the form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Movant a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that Movant shall file an amended motion on the Court-provided form within **30 days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 7th day of March, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE